**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Be Labs, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:18-cv-00624-RGA |
| | ) | |
| ADTRAN, Inc. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Be Labs, Inc. (Be Labs") and Defendant ADTRAN, Inc. ("ADTRAN") stipulate to dismiss all claims by Be Labs against ADTRAN and all counterclaims by ADTRAN against Be Labs made therein with prejudice to the re-filing the same.

Be Labs and ADTRAN further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS JAMES LLP |
| /s/ *Stamatios Stamoulis* | /s/ *Kenneth L. Dorsney* |
| Stamatios Stamoulis (#4606) | Kenneth L. Dorsney (#3726) |
| Richard C. Weinblatt (#5080) | 500 Delaware Avenue, Suite 1500 |
| 800 N. West Street, Third Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 999-1540 | kdorsney@morrisjames.com |
| Stamoulis@swdelaw.com | |
| Weinblatt@swdelaw.com | David Yang |
| | Matthew Hawkinson |
| Isaac Rabicoff | 925 N. La Brea Avenue, 4th Floor |
| (*Pro Hac Vice Admission Pending*) | Los Angeles, CA 90038 |
| Kenneth Matuszewski | (213) 634-0370 |
| (*Pro Hac Vice Admission Pending*) | dyang@hycounsel.com |
| Rabicoff Law LLC | mhawkinson@hycounsel.com |
| 73 W. Monroe St. | |
| Chicago, IL 60603 | *Attorneys for Defendant/Counterclaim Plaintiff* |
| isaac@rabilaw.com | |
| kenneth@rabilaw.com | |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant* | |

Dated: March 4, 2019

**SO ORDERED this** ____ **day of** _____, 2019.


                                          _____
                                          *United States District Judge*